## MYRA KRAMER ET AL. *v.* ROBERT PETISI ET AL.

The named plaintiff's petition for certification for appeal from the Appellate Court, 53 Conn. App. 62 (AC 18078), is denied.

*Kurt D. Koehler* and *William F. Gallagher,* in support of the petition.

*Andrew B. Nevas,* in opposition.

Decided June 9, 1999

## SOUTHBRIDGE ASSOCIATES, LLC *v.* ALBERT A. GAROFALO ET AL.

The petition by the defendants Albert A. Garofalo and Pequot Motor Inn for certification for appeal from the Appellate Court, 53 Conn. App. 11 (AC 18248), is denied.

*James T. Shearin* and *Aimee J. Wood,* in support of the petition.

*Thomas D. Goldberg* and *Theodore J. Whitehead,* in opposition.

Decided June 9, 1999